# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2012 JUL 23 AM 11: 38

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALFREDO PEREZ-CASTILLO,

        Defendant.

CASE NO. 12cr2378-H

BY _____ DEPUTY

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States (Felony)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/20/12

David H. Bartick
U.S. Magistrate Judge